PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Rasul Rodriguez  **Docket Number:** 03-00019-001

**Name of Sentencing Judicial Officer:** HONORABLE Dennis M. Cavanaugh

**Date of Original Sentence:** 03/14/2006

**Original Offense:** NARCOTICS - POSSESSION WITH INTENT TO DISTRIBUTE

**Original Sentence:** 26 months imprisonment; 4 years supervised release.

**Type of Supervision:** Supervised release  **Date Supervision Commenced:** 03/21/06

**Assistant U.S. Attorney:** Melissa Jampol, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Donna Newman, Esq., 8 Lott Street, Jersey City, New Jersey 07306, (201) 420-5951

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

The offender failed to report to the probation office on multiple occasions. Additionally, he has not submitted any monthly supervision reports since February 2008.

2 | The offender has violated the supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'

On May 13, 2008, the offender reported he obtained a full-time job and had been working regularly. On the following day, the undersigned officer visited his job site and learned from a human resources manager he was not employed there and had only worked a single day back in February 2008.

PROB 12C - Page 2
Rasul Rodriguez

3   The offender has violated the supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

The offender has been unemployed for over six months and has not demonstrated any effort to seek gainful employment.

4   The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

The offender tested positive for marijuana on December 11, 2007. Furthermore, he has not made himself available for drug testing by repeatedly missing reporting dates.

5   The offender has violated the supervision condition which states '**The defendant shall pay a $100 mandatory special assessment fee which is due immediately.**'

The offender has not made any payments toward his mandatory $100 special assessment fee which remains outstanding.

I declare under penalty of perjury that the foregoing is true and correct.

By: Cayetano Castellano
U.S. Probation Officer
Date: 06/03/08

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: 8-12-08  11 AM
[ ] No Action
[ ] Other

Signature of Judicial Officer

7-2-08
Date